IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10403
Conference Calendar

_____

RONALD F. FISHMAN,

Petitioner-Appellant,

versus

GEORGE KILLINGER ET AL.,

Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CV-762-A
- - - - - - - - - -
October 22, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:*

Ronald F. Fishman, federal prisoner # 07680-054, appeals the district court's dismissal of his 28 U.S.C. § 2241 habeas corpus petition. He argues that his due process and equal protection rights were violated when the Federal Bureau of Prisons denied him admission into a residential drug treatment program pursuant to 18 U.S.C. § 3621(e). He also avers that he had a protected liberty interest in obtaining admission into the program and that his removal from the program was retaliatory in nature.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the briefs on appeal and AFFIRM for the reason adopted by the district court.  <u>Fishman v. Killinger</u>, No. 4:97-CV-762-A (N.D. Tex. March 25, 1998).

AFFIRMED.